**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
────────────────────────────────────────────

**JOHN JONES,**

        Plaintiff,

  - v -                                        Civ. No. 9:13-CV-00025

**DR. VADLAMUDI,** *et al.*,

        Defendants.
────────────────────────────────────────────

**THOMAS J. McAVOY,**
**Senior United States District Judge**

## DECISION & ORDER

### I. INTRODUCTION

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to the Report-Recommendation and Order dated January 20, 2015 have been filed, and the time to do so has expired.

### II. DISCUSSION

After examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.

### III. CONCLUSION

Accordingly, the Court **ADOPTS** the Report-Recommendation and Order (Dkt. No. 65) for the reasons stated therein. Therefore, it is hereby

1

**ORDERED** that Defendants' Motion for Summary Judgment (Dkt. No. 55) is **GRANTED**, and all claims in this action are **DISMISSED**. The Clerk of the Court may enter judgment for the Defendants and mark this case as closed.

**IT IS SO ORDERED.**

**Dated:** February 14, 2015

_____
Thomas J. McAvoy
Senior, U.S. District Judge